1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  IOANA PETROU (CABN 170834)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7189
7      Facsimile: (415) 436-7234
       E-Mail: Ioana.Petrou@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,       )   Criminal No. 10 0357 MAG (JCS)
                                    )
14          Plaintiff,               )
                                    )   [~~PROPOSED~~] ORDER AND
15      v.                           )   STIPULATION EXCLUDING TIME
                                    )   FROM MAY 11, 2010 TO JUNE 4, 2010
16  TITO ALGABA,                    )   FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION
17          Defendant.               )
                                    )   (18 U.S.C. § 3161(h)(7)(A))
18                                  )
                                    )
19                                  )
                                    )
20  _____)

21

22         The parties appeared before the Honorable Joseph C. Spero on May 11, 2010.

23         With the agreement of counsel for both parties, the Court found and held as follows:

24         1. The parties agreed to an exclusion of time under the Speedy Trial Act from May 11,

25  2010 to June 4, 2010, in light of the need for defense counsel to review the case, including

26  extensive discovery provided on May 11, and meet with the Defendant.

27         2. Given these circumstances, the Court found that the ends of justice served by

28

STIP & [PROP.] ORDER
CR 10 0357 MAG (JCS)

excluding the period from May 11, 2010 to June 4, 2010 outweigh the best interest of the public and the Defendant in a speedy trial.  Id. § 3161(h)(7)(A).

      3.  Accordingly, and with the consent of the Defendant, the Court ordered that the period from May 11, 2010 to June 4, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:     May 11, 2010

          /s/
IOANA PETROU
Assistant United States Attorney

DATED:     May 11, 2010

          /s/
ELIZABETH FALK
Attorney for Tito Algaba

IT IS SO ORDERED.

DATED: 5/17/10



STIP & [PROP.] ORDER
CR 10 0357 MAG (JCS)           2