JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

IOANA PETROU (CABN 170834)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7189
    Facsimile: (415) 436-7234
    E-Mail: Ioana.Petrou@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 10 0357 JCS |
|     Plaintiff, ) | |
|     v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 4, 2010 TO JULY 16, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION |
| TITO ALGABA, ) | |
|     Defendant. ) | (18 U.S.C. § 3161(h)(7)(A)) |

The parties appeared before the Honorable Joseph C. Spero on June 4, 2010.

With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act from June 4, 2010 to July 16, 2010, in light of the need for defense counsel to meet with the Defendant and review the case, including extensive discovery, and to prepare a counteroffer.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 4, 2010 to July 16, 2010 outweigh the best interest of the public

STIP & [PROP.] ORDER
CR 10 0357 JCS

and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the Defendant, the Court ordered that the period from June 4, 2010 to July 16, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:    June 4, 2010                                      /s/
                                                        IOANA PETROU
                                                        Assistant United States Attorney

DATED:    June 4, 2010                                      /s/
                                                        ELIZABETH FALK
                                                        Attorney for Tito Algaba

IT IS SO ORDERED.

DATED: June 8, 2010                               THE HONORABLE
                                                        United States Magistrate Judge

STIP & [PROP.] ORDER
CR 10 0357 JCS                        2